# Order

Michigan Supreme Court
Lansing, Michigan

March 26, 2012

144167

FANNIE MAE,
      Plaintiff-Appellee,

v

HOMER YOPP,
      Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 144167
COA: 305684
Wayne CC: 11-005202-AV

_____/

On order of the Court, the application for leave to appeal the October 19, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2012

_____
Clerk

t0319